JS-6

Alan Nakazawa, Esq. (State Bar No. 84670)
alan.nakazawa@cnc-law.com
Dena Aghabeg, Esq. (State Bar No. 185311)
daghabeg@cnc-law.com
Ken D. Sato, Esq. (State Bar No. 252543)
ken.sato@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile (562) 951-3933

Attorneys for Plaintiff
Korea Line Corporation

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA LINE CORPORATION, a foreign corporation, | CASE NO. CV 101400 - SVW |
| Plaintiff, | [PROPOSED] ORDER STAYING ACTION |
| vs. | |
| OCEANCONNECT.COM INC., a foreign corporation, | |
| Defendant and Third Party Plaintiff, | |
| vs. | |
| CONOCOPHILLIPS COMPANY, a corporation, | |
| Third Party Defendant. | |

Pursuant to the Stipulation To Stay Action filed by the parties to this action, and GOOD CAUSE APPEARING, the Court HEREBY ORDERS that the within action be stayed pending the conclusion of the London arbitration, after appeal, if any, entitled "In The Matter Of An Arbitration Between WAM Singapore Private Ltd. and Korea Line Corporation." It is further ordered that the parties to the

---

1
[PROPOSED] ORDER STAYING ACTION

within action may apply to the Court to lift the stay for good cause prior to the conclusion of the aforesaid London arbitration.

The parties agree to reserve until after the stay is lifted all motions to enforce compliance with the Court's September 23, 2010, Order Compelling Production of Documents as well as all other motions challenging the adequacy of their respective written responses and productions of documents undertaken thus far in this action, including, without limitation, any and all claims and contentions that the subject matter and the time frame encompassed by the documents produced is not co-extensive with the subject matter and time frames identified in the Requests for Production of Documents.

IT IS SO ORDERED.

Dated: October 7, 2010

_____
United States District Judge